**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):
After recording, return to:
AARON L. KATZ
P.O. BOX 3022
Incline Village, NV. 89450

TEL NO.: (775) 833-1008   FAX NO. (optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR [ ]   JUDGMENT CREDITOR [x]   ASSIGNEE OF RECORD [ ]

BANKRUPTCY COURT
STREET ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
MAILING ADDRESS: P.O. 2070
CITY AND ZIP CODE: Oakland, CA. 94604-2070
BRANCH NAME:

FOR RECORDER'S USE ONLY

PLAINTIFF: AARON L. KATZ, Trustee of the Katz Trust Created 11/23/1999
DEFENDANT: GAYLORD C. LEMKE

CASE NUMBER:
Adv. Proc. No. 14-5018

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

FOR COURT USE ONLY

**FILED**
MAR 6 2017
CLERK
United States Bankruptcy Court
San Jose, California

1. The [x] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      GAYLORD C. LEMKE
      485 Quail Ridge Road
      Scotts Valley, CA. 95066
   b. Driver's license no. [last 4 digits] and state: [x] Unknown
   c. Social security no. [last 4 digits]: [x] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      GAYLORD C. LEMKE, 485 Quail Ridge Road, Scotts Valley, CA.

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   AARON L. KATZ
   P.O. BOX 3022
   Incline Village, NV. 89450
   Date: March 1, 2017
   AARON L. KATZ
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 402,615.06
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): January 15, 2016
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [x] A certified copy of the judgment is attached. **certified copy not attached**

    EDWARD J. EMMONS - Clerk of Court
    Clerk, by Tanya Bracegirdle, Deputy

[SEAL] This abstract issued on (date): MAR -6 2017

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

Case: 14-05018   Doc# 82   Filed: 03/06/17   Entered: 03/06/17 16:54:39   Page 1 of 1